Criminal Case Template













COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




THEODIS KEVIN BOWMAN,


 Appellant,


v.


THE STATE OF TEXAS,


 Appellee.
§


§


§


§


§

No. 08-02-00161-CR


Appeal from the


Criminal District Court No. Three


of Dallas County, Texas


(TC# F96-75674-IJ)


M E M O R A N D U M O P I N I O N


 This is an appeal from a conviction for the offense of sexual assault. Upon a finding
of guilty by a jury, the jury set punishment at fifty (50) years' confinement and a $10,000
fine. We affirm the judgment of the trial court. 

 Appellant's court-appointed counsel has filed a brief in which he has concluded that
the appeal is wholly frivolous and without merit. The brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, reh. denied, 388 U.S. 924, 87
S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record
demonstrating why, in effect, there are no arguable grounds to be advanced. See High v.
State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim.
App. 1974); Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); Gainous v. State, 436
S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel's brief has been delivered to
Appellant, and Appellant has been advised of his right to examine the appellate record and
file a pro se brief. No pro se brief has been filed.

 We have carefully reviewed the record and counsel's brief and agree that the appeal
is wholly frivolous and without merit. Further, we find nothing in the record that might
arguably support the appeal. A discussion of the contentions advanced in counsel's brief
would add nothing to the jurisprudence of the state.

 The judgment is affirmed.

February 24, 2004



 

 
 RICHARD BARAJAS, Chief Justice



Before Panel No. 4

Barajas, C.J., Larsen, and McClure, JJ.


(Do Not Publish)